**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CERATOSAURUS INVESTORS LLC, and
CANYON CAPITAL ADVISORS LLC,

                        Petitioners,

      -against-                                                     25 **CIVIL** 4378 (VM)

                                                                                   **JUDGMENT**

BRANDON WILLIAMS,

                      Respondent.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 1, 2025, the Petition (Dkt. No. 1) of Ceratosaurus Investors LLC and Canyon Capital Advisors LLC (collectively, "Petitioners") for confirmation of the Final Award dated May 12, 2025 (the "Arbitration Award") is GRANTED IN PART and DENIED IN PART. Judgment against respondent Brandon Williams is entered in the amount of $4,295,384.533, plus pre-judgment interest from May 12, 2025, through the date of this judgment at a rate of nine percent per annum, in the amount of $155,692.98. Petitioners are awarded post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment until the judgment is paid. Pettioners' request for costs and fees associated with this proceeding is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      October 6, 2025

                                                                         **TAMMI M. HELLWIG**
                                                                           **Clerk of Court**

                                         **BY:**          *K. Mango*

                                                                           **Deputy Clerk**